**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARVO FAIRLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS JEFFERSON UNIVERSITY<br>HOSPITAL (TORRESDALE CAMPUS)<br><br>　　　　Defendant. | Civil Action No: 2:26-cv-04288 |

## NOTICE OF REMOVAL

Please take notice that Defendant, Jefferson Health – Northeast (incorrectly named as "Thomas Jefferson University Hospital (Torresdale Campus)," by and through its undersigned counsel, hereby removes this action from the Philadelphia, Pennsylvania Court of Common Pleas, Civil Division, where it is docketed at Case ID No. 260503921, to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, based on federal question jurisdiction (specifically, Plaintiff's claims of race and national origin discrimination arising under the Title VII (42 U.S.C. § 2000e) and U.S.C. § 1981), and this Court's supplemental jurisdiction over Plaintiff's accompanying state law claims. In support thereof, Defendant alleges as follows:

**Nature of the Action**

1.　　This is an employment discrimination case whereby Plaintiff, Carvo Fairley ("Plaintiff") asserts claims for wrongful termination, discrimination, and hostile work environment based on her alleged protected classification as a Black woman of Jamaican origin. Plaintiff asserts she was wrongfully terminated from her employment with Defendant as a Certified Nursing Assistant on or about December 10, 2025.

1

4908-4247-0577 v1

**Timeliness of Removal**

2.      On May 29, 2026, Plaintiff commenced a civil action in the Court of Common Pleas of Philadelphia County, docketed at Case ID No.  260503921.

3.      Defendant was served with the Complaint on June 2, 2026. This Notice of Removal is timely filed within thirty (30) days of service under 28 U.S.C. § 1446(b).

**Plea for Removal**

4.      The United States District Court for the Eastern District of Pennsylvania has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise under the laws of the United States. Specifically, Counts II and III of the Complaint assert claims under the following federal statutes: 42 U.S.C. § 1981, as enacted under the Civil Rights Act of 1866, and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

5.      Plaintiff's remaining state law claim for wrongful termination (Count I) derives from a common nucleus of operative facts; namely, Plaintiff's assertion that she was terminated as the result of her race and national original. Therefore, this Court has supplemental jurisdiction over such claims pursuant to 28 U.S.C. § 1367, as they arise from the same nucleus of operative facts.

6.      Accordingly, jurisdiction over the subject matter of this action is conferred upon the United States District Court for the Eastern District of Pennsylvania by 28 U.S.C. § 1331, 1441.

7.      This Court is the proper venue for removal under 28 U.S.C. §§ 1391, 1446(a) because this action is currently pending in the Court of Common Pleas of Philadelphia County, which is within the judicial district and division of the United States District Court for the Eastern District of Pennsylvania. *See* 28 U.S.C. § 118(a).

4908-4247-0577 v1

8. Under 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal is being submitted for filing with the Prothonotary of the Court of Common Pleas of Philadelphia County, and is being served on the counsel of record for Plaintiff.

9. For the foregoing reasons, Defendant hereby removes this State Court Action from the Court of Common Pleas of Philadelphia County, to the United States District Court for the Eastern District of Pennsylvania.

10. Under 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant are attached hereto collectively as Exhibit "A".

11. By filing this Notice of Removal, Defendant does not waive its objections or challenges to any defects in the reinstatement of process, manner and timing of the service of process, venue, or personal jurisdiction, or on the basis of the statute of limitations, nor does it waive any other available defense.

WHEREFORE, Defendant, Jefferson Health – Northeast (incorrectly named as "Thomas Jefferson University Hospital (Torresdale Campus)," respectfully removes this action from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania.

[signature block on the following page]

3

**OBERMAYER REBMANN
MAXWELL & HIPPEL LLP**

*/s/ Ivo J. Becica*
IVO J. BECICA, ESQ. (#207013)
AIMEE E. SCHNECKER, ESQ. (#324189)
Suite 3400 West
1500 Market Street
Philadelphia PA 19103
215.665.3000 Telephone
215.665.3165 Facsimile
Email: ivo.becica@obermayer.com
aimee.schnecker@obermayer.com
*Attorneys for Defendant, Jefferson Health Northeast*

Dated: June 22, 2026

4

**CERTIFICATE OF SERVICE**

I, Ivo J. Becica, Esquire, hereby certify that on June 22, 2026, a true and correct copy of the Defendant's Notice of Removal was served via email today, and via class mail upon the following counsel as soon as practicable after filing acceptance via ECF.

Marc A Weinberg, Esquire
Saffren & Weinberg
815 Greenwood Avenue, Suite 22
Jenkintown, PA 19046
mweinberg@saffwein.com
*Counsel for Plaintiff*

By:     /s/ Ivo J. Becica
Ivo J. Becica, Esquire (#207013)

5

4908-4247-0577 v1